# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TROY T. COLEMAN,<br><br>    Petitioner,<br><br>  v.<br><br>LINDA SANDERS, Warden,<br><br>    Respondent. | No. CV 08-6447-GW (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: December 30, 2009

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE